## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN CHARLES SCHWAGER,<br>*Plaintiff*, | : <br> : <br> : | |
| v. | : | CIVIL ACTION NO. 24-CV-2570 |
| MATTHEW BEILEY, *et al.*,<br>*Defendants*. | : <br> : <br> : | |

## ORDER

AND NOW, this 28th day of June, 2024, upon consideration of Plaintiff Brian Charles Schwager's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. The Complaint is **DEEMED** filed.

2. For the reasons set forth in the Court's Memorandum, the Complaint is dismissed as follows:

    a. Any claims based on federal question jurisdiction are **DISMISSED WITH PREJUDICE**.

    b. Any state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

3. The Motion to Proceed *In Forma Pauperis* (ECF No. 1) is **DENIED AS MOOT**.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**